ROBERT H. PEARSON, Respondent, *v.* JOHN J. COLLINS, JR., as Executor of DAVID PEARSON, Deceased, Defendant, and ST. MARY's HOSPITAL OF THE CITY OF BROOKLYN, Appellant, Impleaded with Others.

*Pearson* v. *Collins*, 113 App. Div. 657, appeal dismissed.
(Argued January 7, 1907; decided January 15, 1907.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 25, 1906, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Omar Powell* for motion.

*John R. Kuhn* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the judgment sought to be reviewed is simply an interlocutory judgment.